Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Victoria E. Mulvey (SBN 343220)
vmulvey@blakelylawgroup.com
BLAKELY LAW GROUP
1108 Manhattan Ave., Unit B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

***Attorneys for Plaintiffs***
***Estée Lauder, Inc; Le Labo Holding LLC;***
***La Mer Technology, Inc.; and 001 Del LLC d/b/a Tom Ford***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ESTEE LAUDER, INC., a Delaware Corporation; LE LABO HOLDING LLC, a Delaware Limited Liability Company; LA MER TECHNOLOGY, INC., a Delaware Corporation; and 001 DEL LLC d/b/a TOM FORD, a Delaware Limited Liability Company,

Plaintiffs,

vs.

ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN US SERVICES, LLC, a Delaware Limited Liability Company; SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,

Defendants.

Case No. 2:26-cv-01710-MCS-MAR

**~~[PROPOSED]~~ ORDER GRANTING STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**

DATED: 8/14/26

By: ______________________

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE